COHEN v. LaROCHE, and vice versa.

ATKINSON, J.—The charge of the court was full and accurate as a whole; there was no error in that part of the charge complained of; the verdict was supported by the evidence, and the alleged newly discovered evidence is not of such a character as ought to have produced a different result.        Judgment affirmed.
January 28, 1895.        Cross-bill of exceptions dismissed.

Action on contract. Before Judge MACDONELL. City court of Savannah. November term, 1893.

LaRoche, a broker in real estate, stocks and bonds, sued Cohen, alleging that he contracted to pay plaintiff $500 upon his getting Hartridge, then owner of some of the stock and bonds of the Savannah Times Publishing Company, to sell to Cohen all his said stock and bonds for $5,000; that in pursuance of the contract plaintiff did get Hartridge to consent to make the sale to Cohen at the price named, and the sale was made to Cohen; but that he refused to pay plaintiff the $500. Upon these allegations the evidence was conflicting; the

testimony of plaintiff and of Hartridge supporting the
same.    The jury found for plaintiff, and defendant's mo-
tion for a new trial was overruled.   The motion con-
tained the general grounds, a ground of newly discovered
evidence, and an assignment of error on the following
charge to the jury, as being misleading and unwarranted
by the evidence: "If LaRoche did get Hartridge to
agree to sell to Cohen his stock and bonds for the sum
of $5,000, and Cohen called at his office for the purpose
of having the sale drawn up, and while there Cohen sub-
stituted some other purchaser; if you believe Platshek
was substituted by Cohen in place of himself; and if
you further believe that Cohen asked for several days in
which to get up the purchase-money, and that this was
consented to by Hartridge, and that he was then in a
situation to deliver the stock and bonds, then the plain-
tiff would be entitled to a verdict."    There was a cross-
bill of exceptions to a refusal to dismiss the motion for
new trial.

O'CONNOR & O'BYRNE, for Cohen.

McALPIN & LaROCHE, contra.